**JOINT APPENDIX to the MAJORITY and
DISSENTING OPINIONS**

(State's Exhibit No. 11)
Murder for Hire Transcript: Daniel B.

Today's Date is Friday June 10, 2011, Time: Approx 12:53 am

12:11[1] [Paleski]: target is walking over to the car now.

12:38 [Paleski] what's up brother, what's going on? Why don't you hop in brother so we can talk. What's good?

12:55 [The Defendant]: shit  . . .  right about now.. you know.. fucking life and living  . . .  and trying to deal and get through it all

13:06 [Paleski]: what you need some work put in?

[The Defendant]: yes sir

[Paleski]: what's going on?

[The Defendant]: uhhh divorce

13:13 [Paleski]: yea . . . you got some wood?

[The Defendant]: not right this second cause I didn't (pause inaudible) we're . . . I think he told you already.. I didn't know what was going on/ /I didn't know I was meeting anyone someone tonight..

13:24 [Paleski]: I need to know that you are for real about this.. you know what I'm saying

[The Defendant]: that's fine I understand that

[Paleski]: I need some wood to get my, to get a burner . . . so I can take care of this shit

13:32 [The Defendant]: alright

[Paleski]: you know.. he said it's 10 large

[The Defendant]: alright

13:41 [Paleski]: alright.. I need like $800 up front to get a burner tonight

[The Defendant]: alright

[Paleski]: alright . . . I want to meet you tomorrow morning I need at least 3 grand before it's done

[The Defendant]: alright

[Paleski]: alright

[The Defendant]: not a problem

13:52 [Paleski]: who's this the ex-wife?

[The Defendant]: to be or what you know

[Paleski]: alright alright what's her name?

14:03 [The Defendant]: [T's full name redacted]

[Paleski]: [T] you got an address and shit? .. alright

[The Defendant]: Yes, she works the night shift

[Paleski]: she got a job?

[The Defendant]: yea

[Paleski]: where at?

14:41 [The Defendant]: Stamford Hospital

[Paleski]: alright.. she works every night or part time?

[The Defendant]: only like 1 or 2 nights a week

14:22 [Paleski]: alright . . . she lives in Stamford?

[The Defendant]: yea

[Paleski]: what's the address?

[The Defendant]: [T's street address redacted]

[Paleski]: what's the number?

[The Defendant]: [T's street address number redacted]

[Paleski]:  . . . ok . . . alright.. you (got) have a picture of her or anything?

14:37 [The Defendant]: I do have a little bit older..she's not fucking big on pictures

[Paleski]: she works nights at the hospital?

[The Defendant]: yea

[Paleski]: every night she works?

[The Defendant]: no

[Paleski]: just part time?

[The Defendant]: just a couple days a week . . . one or two nights a week

[Paleski]: she got a steady schedule though?

14:56 [The Defendant]: usually Tuesdays and Thursdays...7pm to 7am, but a lot of times she'll get cancelled from like 7-11 and she'll work like from 11-7...11pm to 7am

[Paleski]: yup

[The Defendant]: so I don't know . . . ya' know we don't talk anymore

[Paleski]: well how soon do you want this done.. I mean

15:20 [The Defendant]: probably.. whatever you do you

[Paleski]: can you get me some money tonight?

[The Defendant]: I can yes

[Paleski]: I need $800 man so I can get a burner . . . alright I already got a dude lined up.. numbers are off it I'm good to go.. that's a picture of her . . . that's how she looks now?

15:43 [The Defendant]: uh her hair is more mixed in colors

[Paleski]: what color?

[The Defendant]: she got all fucking crazy highlights.. like brown and blond and a little bit of black

[Paleski]: alright

15:53 [The Defendant]: I don't think that's the that's the best picture I don't think I have another picture . . . that's with her in it

[Paleski]: is she working tonight?

[The Defendant]: she was supposed to work tonight but I don't know for sure.. because like she was supposed to work Tuesday night

[Paleski]: yup

16:13 [The Defendant]: and she ends up not working at all...so I don't fucking know what, I don't know when (unable to translate)...l don't know for a fact because they cancelled her and shit . . . it's like you know hard to say...I can't answer

[Paleski]: I mean you want this done like quick.. like soon or...

[The Defendant]: that's what l..

[Paleski]: is there some place you don't want it done: I mean I can do it at the house

[The Defendant]: that's what I was trying to figure out from fucking not doing it for you know what I mean a job that's what I was saying to him...I didn't know which way . . . obviously the first person their is going to be looked at is me

[Paleski]: right

[The Defendant]: so I'm trying to obviously to put a little bit of thought into it, talking to Johnny about it he was saying ya' know just talk, he'll talk to you guys and whatever.. figure out

[Paleski]: I'll do however you want.. but if you want it done quick you know I need the $800 I got to get a burner.. and like I said I already got one lined up I can grab that tonight . . . but you have to get me the $800

[The Defendant]: right

[Paleski]: and then I got to hook up with you I want 3 grand in advance

[The Defendant]: right

[Paleski]: before I do it and then after it's done I'll will wait a month or so I'll get in touch with you and then I'll collect the rest

17:14 [The Defendant]: yes or well however...whatever

[Paleski]: or we can go do somebody nab someone else (inaudible) you know

[The Defendant]: Yeah, that's fine...that's why I was telling... I was telling Johnny like . . .

[Paleski]: how you want it done?

[The Defendant]: my relationship with Johnny I don't I didn't care how it worked I just give it to him and let you guys work you know...do however it works

[Paleski]: right

[The Defendant]: I don't know the only thing I was thinking about was because she drives through . . . you from Stamford or no

[Paleski]: No

[The Defendant]: ok well she the hospital is in a rough section and she's got a nice car

[Paleski]: alright

[The Defendant]: so I'm like I don't know if it makes sense, if that would be the best way to go about it

[Paleski]: or you might want to make it look like a car jacking or something

[The Defendant]: something like that...take the car the car is going to get fund and it kind of like explains it

[Paleski]: yup

[The Defendant]: I'm not sure what the best thing to do...I didn't put that thought into the details of how

[Paleski]: you want her completely out of the picture right? Morte

18:10 [The Defendant]: that's where it's getting to...it's like

[Paleski]: that's what you want? Alright brother

[The Defendant]: I wish we didn't need to be there but . . .

[Paleski]: well I mean

[The Defendant]: you know

[Paleski]: I'll do it but I need, I need, I need some of that wood

[The Defendant]: yea

[Paleski]: can you get me the 800 tonight?

[The Defendant]: I can work it out yea...l could

[Paleski]: alright

[The Defendant]: I just don't want to . . . for me to get it I got to like disturb people tonight.. so I'm only saying it only because I don't want to anything out of place tonight

[Paleski]: ok...but I ain't doing shit without some money

[The Defendant]: understood

[Paleski]: feel me

[The Defendant]: clear.. l'm saying to you I'm not asking you for the urgency of tonight I rather do it so it's not, I don't want to do anything out of character

[Paleski]: Right . . . right

[The Defendant]: you know that's that's my pause for tonight.. because it's going to be out of character for me to go get it tonight

[Paleski]: I ain't got shit in here but can you get me a piece of paper and write down her name

[The Defendant]: yup

[Paleski]: house address

[The Defendant]: yup
[Paleski]: hospital name
[The Defendant]: yup
19:15 [Paleski]: what kind of car she drives
[The Defendant]: mm hmmmm
[Paleski]: do you know the plate on it or anything like that
[The Defendant]: I don't have it memorized
[Paleski]: ok fuck it
[The Defendant]: I can get it
[Paleski]: just write down the type of car she drives just get that for me now just write that shit down
9:28. [The Defendant]: alright
[Paleski]: get that over to me...and then well talk about when were going to do it and
[The Defendant]: alright
[Paleski]: you know
[The Defendant]: works for me I'll get you the info I'll get the money to you through John
[Paleski]: what about at the house you got any fucking Rottweiler's or pit bulls or anything at the house like that?
[The Defendant]: no...at the house I definitely, I definitely don't want to do anything at the house
[Paleski]: you don't want me to do it at the house
[The Defendant]: no
[Paleski]: alright I'm going to have to put some work in then...fucking sitting out there and shit.. what kind of neighborhood is it?
[The Defendant]: the neighborhood is not cool anything is suspicious in the neighborhood . . . so that's why I'm saying I think the job is the safest thing but I just I can't I don't know she doesn't work guaranteed every.. you know this time that time...that's...ya' know I'm trying
[Paleski] write done her name for me, her address, and what kind of car she drives
[The Defendant]: alright
[Paleski]: and come back here we got to get some money going
[The Defendant]: yea...thats fine I'll definitely do that
[Paleski]: you have a piece of paper or something in your car
[The Defendant]: yea I'm sure (inaudible) that I got somethin'
[Paleski]: write it all...write that shit down for me
[The Defendant]: alright
20:39 ***[The Defendant] exits car***
22:54 ***[The Defendant] returns to vehicle***
[Paleski]: how soon do you think you can get that money?
[The Defendant]: I can get it to tomorrow without doing anything . . . you know
[Paleski]: right
[The Defendant]: out of character
[Paleski]: and this is what you want.. just so know I'm going to put 2 in that bitches head and take that car and be gone and I'll fucking burn it some where
[The Defendant]: that's the only way that I an come up . . . that I thought from my like that . . . it makes sense you know what I mean it's gonna hopefully like going to make it not.. ya' know . . . how? What am I? ...ya' know what I mean? (not able to translate).. I don't fucking know.. all know is I'm going to be fucking hemmed up in fucking jail again
23:15 [Paleski]: you'll be straight man.. just make sure your ain't around
[The Defendant]: well exactly
[Paleski]: make sure your with someone so you got you got a story
[The Defendant]: that's exactly what I'm wondering too
[Paleski]: as long as your with someone your straight
[The Defendant]: and if it's a night that she's...this is where she's fucking being fucked up because what's happening what I can tell you is that were supposed to be working off of an alternating week.
[Paleski]: right
[The Defendant]: where on Thursday to Sunday I have the kids but on the alternating week I have them from Friday to Sunday.. so when I have them Thursday to Sunday and if she's working on Thursday night got the kids I'm with the kids
[Paleski]: your fucking golden bro
[The Defendant]: I'm at my aunts house I got the kids I'm all set . . . like I'm good...
[Paleski]: Yea
[The Defendant:] Yea . . . that's why I'm saying that why I think the best circumstances be that.. you know
[Paleski]: Yea
[The Defendant]: 'cause then I'm with my two elderly aunts I'm in the house.. I'm with the kids
[Paleski]: and I can take the bitch off when your with them
[The Defendant]: exactly.. and then it doesn't you know obviously I don't want nothing to be nowhere near the kids and so then I have them
[Paleski]: and she don't pick the kids up after work: Ain't no chance the kids are going to be with her no shit like that?

[The Defendant]: no not when she is going to work or getting out of work.. no.. because I will have the kids Thursday to Sunday
[Paleski]: the best thing to do is one of the nights that you have the kids and your with you parents or something
[The Defendant]: but she's been, the problem is that she is fucking me around right now with the kids.. like I should've have had the kids today, yesterday I don't even know what fucking day it is today.. whatever today is Thursday right.. l was supposed to have the kids today but she didn't give me the kids today.. we're supposed to sign a settlement for divorce probably Monday.. so then if I get it.. lf l know then
[Paleski]: you want to do this shit before the settlement is done
[The Defendant]: that's what I'm trying to fucking think about it because I don't know if there any legally better to do it before or after you know what I mean.. it all happened fast I fucking talked to fucking Johnny tonight.. he said he was going to go talk to somebody he went to talk to somebody and then that was that..
[Paleski]: right
[The Defendant]: and here I'm sitting with you I was expecting to talk to him
***[Evans] knocks at window""""
[The Defendant]: umm were good.. give me a call when you have time tomorrow so we'll can get together
[Paleski]: I need that money bro I can't do shit without that money
[The Defendant]: clear
[Paleski]: alright
[The Defendant]: as soon as he gets.. your going to be with Bam tomorrow right.. and then as soon as your free give me a call.. yea.. the second he gets out we'll meet up
[Paleski]: alright man I'll talk to you...so you're going to be able to get the money tomorrow morning?
[The Defendant]: yea that's not a problem
[Paleski]: ok about what time.. do you want to meet up at?
[The Defendant]: anytime I can meet up with him afterwards when he gets out, I'm meet up with Johnny and then...I'm like trying to be cautious you know what I mean
[Paleski]: right
[The Defendant]: I don't fucking know.. l just, all I know is being that I'm getting divorced I know I'm going straight they're coming straight for me
[Paleski]: yea but if your home with the kids and shit your straight
[The Defendant]: right but I when they look into shit that's why I'm not calling nobody anybody from my phone and I was telling him.. you know I don't want to do nothing on my phone I don't want to nothing.. I don't want there to.. l'm trying to you know
[Paleski]: did you...did you...you got a phone I can call you on tomorrow to meet up where do you want to meet up...you want to set a date, you want to set a time right now that we can meet tomorrow . . . a location and a time
[The Defendant]: that's what I'm trying to figure out...if l talk to Johnny and Johnny's cool with like you guys can talk and meet it has nothing to do with me
[Paleski]: I don't need to talk to that motherfucker it's all about you
[The Defendant]: yea...but he's the perfect like has nothing to do like we're friends at where Johnny's like one of the only dudes that I like trusted to talk about it  . . .
[Paleski]: right
[The Defendant]: so with that me and Johnny have a great relationship when we see each other sporadically...so I could see him tomorrow again and he could meet up with you so that when anyone...someone's worrying about where I am there's no..
[Paleski]: well I need....I need to get the money from you.. l ain't fucking meeting with him.. l rather not be dealing with him anymore
[The Defendant]: ok
[Paleski]: you feel me.. you know
[The Defendant]: it's fine whatever you're the boss.. i'm just trying to let you know what I'm thinking..
[Paleski]: right  . . .  I want to meet with you get the money well figure out a fucking schedule and well get this shit done.. you know I can do what I got to do and get the fuck out of here and go south
[The Defendant]: alright.. do you want to meet back here tomorrow morning?
[Paleski]: what time?
[The Defendant]: what works for you around 9?
[Paleski]: 9 o'clock.. what time is it now?...10 o'clock well meet down here at 10?
28:09 [The Defendant]: yea that's fine;;yea I got 1:20 now
[Paleski]: alright.. well meet here at 10 o'clock you bring the money
[The Defendant]: yup
[Paleski]: and well work out a fucking schedule.. you figure out when you're going to have the kids and then I'll take care of the rest..
[The Defendant]: alright
[Paleski]: alright
[The Defendant]: then how do you want to talk from there?
[Paleski]: talk about it tomorrow bro.. once it's done we ain't talking

[The Defendant]: right
[Paleski]: I'll get in touch with you through Johnny
[The Defendant]: alright
[Paleski]: alright
[The Defendant]: that's why I'm just trying to be clear because you just said you know what I mean
[Paleski]; alright
[The Defendant]: which way you want to go about it . . . then I'll just pick up a phone.. l can get a prepaid phone or something for.. then get rid of it
[Paleski]: yup.. bring me the money tomorrow morning then well get the shit squared away
[The Defendant]: alright
[Paleski]: alright
[The Defendant]: you got it
[Paleski]: I'll see you tomorrow morning here at 10
[The Defendant]: yes sir
[Paleski]: alright
[The Defendant]: thank you
[Paleski]: yup
28:55 [The Defendant] leaves vehicle
29:09 [Paleski]: All right...he's away . . . I don't know if you guys want to wait, probably be better off but, I'm heading out.
29:40 Incoming phone call Hello, What's up
29:52 Hang up

[1] Times shown indictate the time stamp on the video recording.

_____